UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM NGUYEN MARTIN, | ) Case No. CV 10-2075 AG (JCG) |
| Petitioner, | ) |
| v. | ) **ORDER ADOPTING REPORT AND** |
| | ) **RECOMMENDATION OF UNITED** |
| LINDA SANDERS, Warden, | ) **STATES MAGISTRATE JUDGE** |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record. Petitioner filed no objections to the Report and Recommendation. The Court finds that the findings and conclusions of the Magistrate Judge should be adopted.

Accordingly, IT IS ORDERED THAT:

(1) the Report and Recommendation is approved and adopted;

(2) Judgment be entered denying the Petition and dismissing this action with prejudice; and

(3) the Clerk serve copies of this Order and the Judgment on the parties.

DATED: December 31, 2010        _____
                                                  HON. ANDREW J. GUILFORD
                                                  UNITED STATES DISTRICT JUDGE

2